IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WINANS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COX AUTOMOTIVE, INC. | : | NO.  22-3826 |

## ORDER

**AND NOW**, this 17th day of April, 2023, upon consideration of Defendant's Motion to Dismiss the Complaint (Docket No. 9), Plaintiff's Response thereto, Defendant's Reply, and the April 10, 2023 oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** in its entirety.

2. Plaintiff's request for leave to amend the Complaint is **GRANTED**, but only insofar as he seeks leave to cure the deficiencies in his claims for religious discrimination in Count I and Count II of the Complaint.

3. Plaintiff's request for leave to amend the Complaint is **DENIED** in all other respects.

4. Plaintiff shall file an Amended Complaint as permitted in this Order on or before May 8, 2023.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.