IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WINANS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COX AUTOMOTIVE, INC. | : | NO.  22-3826 |

## **ORDER**

**AND NOW**, this 5th day of July, 2023, upon consideration of Defendant's Motion to Dismiss the Amended Complaint (Docket No. 22), Plaintiff's Response thereto, and Defendant's Motion for Leave to File a Reply (Docket No. 26), **IT IS HEREBY ORDERED** as follows:

1. The Motion for Leave to File a Reply is **GRANTED**, and the Reply brief attached thereto as Exhibit A is deemed filed.

2. The Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.